No. —, original. ARKANSAS *v.* TENNESSEE. October 28, 1935. The motion for leave to file the bill of complaint herein is granted and process is ordered to issue returnable on Monday, January 6, 1936. *Mr. Carl E. Bailey,* Attorney General of Arkansas, for plaintiff, in support of the motion.

No. 492. SMITH *v.* JOHNSON, ADMINISTRATOR OF THE N. R. A., ET AL.

Jurisdictional statement submitted November 2, 1935. Decided November 11, 1935. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 238, Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938). *Mr. Walter N. Smith, pro se.* No appearance for appellees.